```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOMESITE INSUANCE COMPANY OF NEW YORK as subrogee of Polina Margasova,

    Plaintiff,

-against-

K&K CONSTRUCTION, INC. aka KASTELNIK & KASTELNIK GROUP, INC. aka KASTELNIK & KASTELNIK, INC. aka K&K GROUP, INC,

    Defendant.

1:22-cv-23-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on January 3, 2022. [ECF No. 1]. An affidavit of service of summons and complaint was filed on the docket on February 9, 2022. [ECF No. 10]. According to that summons, Defendant's response to the complaint was due February 10, 2022. [ECF No. 10]. No responses were filed. Thereafter, Plaintiff sought and obtained a certificate of default from the Clerk of the Court on April 4, 2022. [ECF No. 14]. Plaintiff has taken no further action and has not prosecuted this case to date.

    Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by July 18, 2022. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by July 18, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

**Date: June 16, 2022**
      **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**