```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOMESITE INSURANCE COMPANY OF NEW YORK,

                Plaintiff,

-against-

K&K CONSTRUCTION, INC. a/k/a KATSELNIK & KATSELNIK GROUP, INC. a/k/a KATSELNIK & KATSELNIK, INC. a/ka K&K GROUP, INC.,

                Defendant.

1:22-cv-23-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

      This action having been commenced on January 3, 2022, by the filing of a Complaint [ECF No. 1], and a copy of the Summons and Complaint having been served on Defendant on January 20, 2022, and proof of such service having been filed on January 24, 2022 [ECF No. 10], and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and Plaintiff having moved for entry of default judgment on July 11, 2022 [ECF No. 18], IT IS HEREBY ORDERED that the Parties will appear at a Default Judgment Hearing on **December 6, 2022 at 10:30AM.** The hearing will be held in Courtroom 18C of the 500 Pearl Street Courthouse, New York, New York.

      IT IS FURTHER ORDERED that Plaintiff must serve this Scheduling Order and a copy of all papers in support of Plaintiff's motion on Defendant on or before **December 4, 2022.** Proof of service must be filed on the ECF docket by December 5, 2022.

**SO ORDERED.**

Dated: November 30, 2022
      New York, New York

                                      HON. MARY KAY VYSKOCIL
                                      United States District Judge

1