USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOMESITE INSURANCE COMPANY OF NEW YORK,

              Plaintiff,

-against-

K&K CONSTRUCTION, INC. a/k/a KATSELNIK & KATSELNIK GROUP, INC. a/k/a KATSELNIK & KATSELNIK, INC. a/ka K&K GROUP, INC.,

              Defendant.

1:22-cv-23-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On December 6, 2022, the Court held a hearing on Plaintiff's motion for a default judgment against Defendant. As the Court stated at the hearing, no ruling could be made on the motion for a default judgment until Plaintiff's counsel filed a letter on the docket providing an exhaustive list of each of Plaintiff's parents and affiliates. To date, no such letter has been filed. Plaintiff is ORDERED to file the requested letter by December 15, 2022.

**Plaintiff is on notice that failure to comply with Court orders may result in sanctions, including monetary sanctions, and dismissal of this action with prejudice for failure to prosecute.**

**SO ORDERED.**

Dated: December 12, 2022
      New York, New York

                                              HON. MARY KAY VYSKOCIL
                                              **United States District Judge**