USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOMESITE INSURANCE COMPANY OF
NEW YORK,

               Plaintiff,

          -against-

K&K CONSTRUCTION, INC. a/k/a
KATSELNIK & KATSELNIK GROUP, INC.
a/k/a KATSELNIK & KATSELNIK, INC.
a/ka K&K GROUP, INC.,

               Defendant.

1:22-cv-23-MKV

DEFAULT JUDGMENT

MARY KAY VYSKOCIL, United States District Judge:

This action having been commenced on January 3, 2022, by the filing of a Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant, K&K Construction, Inc., on January 20, 2022 by personally serving Nancy Dougherty, an agent of the Secretary of the State of New York, and a proof of service having been filed on February 9, 2022, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant in the liquidated amount of $227,750.66.

**SO ORDERED.**

**Dated: January 11, 2023**
**New York, New York**

HON. MARY KAY VYSKOCIL
**United States District Judge**